OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| CATHERINE C. GEYER | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| KATHRYN L. WOLLENBURG | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| SCOTT COBURN | | |
| JOHN A. MINTER | | |

May 1, 2023

Paige I. Bernick
Paul J. Krog

Re: *CapWealth Advisors, LLC v. Twin City Fire Insurance Company,* CA No. 23-5359

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the video mediation conference previously set for May 17, 2023, has been rescheduled for **June 1, 2023** at **9:30 a.m. EASTERN TIME** with Scott Coburn. **A conference invitation will be provided to counsel.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:     Scott Coburn

**NOTE:** The Confidential Mediation Background Information Forms are now due **May 25, 2023** if not already submitted.